CHARLES FLAHERTY, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY, Appellant.

*Flaherty* v. *Continental Ins. Co.*, 35 App. Div. 631, affirmed.
(Submitted January 11, 1901; decided January 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 21, 1899, affirming a judgment in favor of plaintiff entered upon a verdict.

*Myron H. Peck, Jr.,* for appellant.

*W. I. Van Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.  Not sitting: O'BRIEN, J.